**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## INITIAL APPEARANCE - REVOCATION
## COURT MINUTES - CRIMINAL

United States of America,

        Plaintiff,

v.

Gregory Lynn McCoy,

        Defendant.

BEFORE: Katherine M. Menendez
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 99-cr-278 DWF |
| Date: | July 31, 2020 |
| Video Conference | |
| Time Commenced: | 1:04 p.m. |
| Time Concluded: | 1:08 p.m. |
| Time in Court: | 4 minutes |

APPEARANCES:

  Plaintiff: Robert Lewis, Assistant U.S. Attorney
  Defendant: Manny Atwal and Sarah Weinman, Assistant Federal Public Defenders
      X FPD      X To be appointed

Date Charges Filed:  10/30/2019      Offense: Charged in Hennepin County with Felon in Possession of a Firearm and Felony Drugs; associating with others engaged in criminal activity

X Advised of Rights

on    Violation of  X Supervised Release

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is August 4, 2020 at 2:00 p.m. via video conference before U.S. Magistrate Judge Jon T. Huseby for:
  X Detention hrg    X Preliminary Revocation

And/or

Next appearance date is TBD before U.S. District Judge Donovan W. Frank for:
  X Final Revocation

Additional Information:

X Defendant consents to this hearing via video conference.

                                                            s/ Sarah Erickson
                                                  Signature of Courtroom Deputy