## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 99-278 (DWF) |
| Plaintiff, | |
| v. | **ORDER FOR APPOINTMENT OF SUBSTITUTE COUNSEL** |
| Gregory Lynn McCoy, | |
| Defendant. | |

Upon appointed counsel's Motion for Withdrawal (Doc. No. 166), the Court finds that it is in the interest of justice that present counsel be relieved of his assignment to represent the defendant in the above entitled case.

**IT IS HEREBY ORDERED** that:

1. Appointed counsel's Motion for Withdrawal (Doc. No. [166]) is **GRANTED.**

2. The Court directs that Matthew Mankey, Attorney ID 230303, is appointed as substitute counsel, replacing Kevin O'Brien, Attorney No. 80561, pursuant to 18 U.S.C. § 3006A.

Dated: September 30, 2020         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge