/AO 245D (Rev. 11/16) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **99-CR-278-DWF/AJB (1)**<br>USM Number: **04249-041** |
| **GREGORY LYNN MCCOY** | **Jordan Kushner**<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violations of the standard and special conditions of the terms of supervision.

☒ was found in violation of his mandatory conditions after a denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state or local crime. | 10/22/19 |
| Mandatory Condition | The defendant shall not possess a firearm as define in 18 U.S.C. §921 | 10/22/19 |
| Mandatory Condition | The defendant shall not illegally possess a controlled substance. | 10/22/19 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court reaches no conclusion on the standard condition: The defendant shall not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by a probation officer.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. 5956 | **June 16, 2022**<br>Date of Imposition of Judgment |
| Defendant's Year of Birth: 1961 | **s/Nancy E. Brasel**<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Not available | **NANCY E. BRASEL**<br>**UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge |
| | **June 22, 2022**<br>Date |

1

AO 245D (Rev. 11/16)  Sheet 2 - Imprisonment

DEFENDANT: GREGORY LYNN MCCOY
CASE NUMBER: 99-CR-278-DWF/AJB (1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 months. This term shall be served consecutively to the sentence in case 20-cr-150 (1) (NEB/BRT)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 11/16) Sheet 3 - Supervised Release

DEFENDANT: GREGORY LYNN MCCOY
CASE NUMBER: 99-CR-278-DWF/AJB (1)

# SUPERVISED RELEASE

Upon release from imprisonment, no term of supervised release to follow.