UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 99-278 (DWF/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | USCA NO. _____ |
| | ) | |
| Plaintiff, | ) | District Court Judge - Donovan W. Frank/ |
| | ) | Nancy E. Brasel |
| vs. | ) | |
| | ) | **NOTICE OF APPEAL** |
| GREGORY LYNN MCCOY, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Defendant **Gregory Lynn McCoy** appeals to the United States Court of Appeals for the Eighth Circuit from the **Judgment in a Criminal Case** entered on June 22, 2022.

Dated:  June 29, 2022               LAW OFFICE OF JORDAN S. KUSHNER

                                    By  s/Jordan S. Kushner
                                        Jordan S. Kushner, ID 219307
                                        Attorney for Defendant
                                        431 South 7th Street, Suite 2446
                                        Minneapolis, Minnesota  55415
                                        (612) 288-0545

---

**TRANSCRIPT ORDER FORM**

Please prepare a transcript of the revocation hearing.

---

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that the transcript of the revocation hearing has been ordered through a completed CJA Form 24.

Attorney's Signature  s/Jordan S. Kushner                    Date:  June 29, 2022

# INFORMATION SHEET

1. Defendant's Address:  Sherburne County Jail

2. Date of Sentence:  June 16, 2022, following finding of revocation of supervised release.  Offenses:  Armed Career Criminal in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(e);

    Trial Testimony - N/A.        Bail Status - Detained, awaiting transfer of custody to BOP

3. Sentence and Date Imposed:  10 months (consecutive to 262 month sentence in Case No. 20-150 (NEB/BRT), June 16, 2022.

4. Appealing:  Violation and Sentence.

5. Date Trial Transcript ordered by Counsel or District Court:  Transcript of revocation hearing order on June 29, 2022.

    Stenographer in Charge: Renee Rogge, 300 South 4th Street, Minneapolis, MN  55415; (612) 664-5107

6. Trial Counsel was:  Appointed

    Does Defendant's financial status warrant appointment of counsel on appeal?  Yes  Affidavit of Financial Status filed:  Previously found eligible for public defender.

    Is there any reason why trial counsel should not be appointed as counsel on appeal?  **Yes. Defendant has requested appointment of new counsel for appeal of conviction of related case, No. 20-150 (NEB/BRT)** where Defendant was convicted and sentenced to 262 months.  If new counsel is appointed in that case, it would make sense for the same counsel to handle both cases. The Public Defender's is available for appointment.

7. Assistant U.S. Attorney Name and Phone Number:  David MacLaughlin and Joseph Teirab, (612) 664-5600

---

**Court Reporter Acknowledgment**

Date Order Received _____          Completion Date _____

Number of Pages _____

_____                    _____
Court Reporter's Signature                                              Date